# Third District Court of Appeal

## State of Florida

Opinion filed June 8, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2246
Lower Tribunal No. 21-18137
_____

## Jose Agustin Rodriguez, et al.,
Appellants,

vs.

## 5333 Collins Acquisitions, LP,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Law Office of N. Fraser Schuh, and N. Fraser Schuh (Hallandale Beach), for appellants.

Shubin & Bass, P.A., and John K. Shubin, Juan J. Farach, Jamie L. Katz and Katherine R. Maxwell, for appellee.

Before FERNANDEZ, C.J., and LOGUE and GORDO, JJ.

GORDO, J.

Affirmed. <u>Coutts v. Sabadell United Bank, N.A.</u>, 199 So. 3d 1099, 1100 (Fla. 3d DCA 2016) ("This argument [as to an evidentiary hearing] is without merit, as [Appellant]'s coverage counsel affirmatively advised the court that no evidentiary hearing was necessary and that the issue could be decided as a matter of law."); <u>Morales L. Grp., P.A. v. Rodman</u>, 305 So. 3d 759, 761 (Fla. 3d DCA 2020) (finding Appellants did not submit any evidence "to the level of clear and convincing evidence that service was not validly executed"); <u>Sadlak v. Nationstar Mortg., LLC</u>, 252 So. 3d 302, 304 (Fla. 3d DCA 2018) ("The return was regular on its face, and [Appellant] did not present clear and convincing evidence that she was not served.").